UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

MDL 1917

 C-07-5944       SAMUEL CONTI                DATE May 9, 2008
Case Number          Judge

Title: CRAGO, INC., et al.       vs CHUNGHWA PICTURE TUBES, et al.

Attorneys: SEE ATTACHED LIST OF ATTORNEYS


Deputy Clerk: T. De Martini    Court Reporter: Lydia Zinn


Proceedings

Plaintiffs' Motions for Appointment of Interim Lead Counsel for the
Indirect Purchaser Class

Plaintiffs' Motions for Appointment of Interim Lead Counsel for the
Direct Purchaser Class


(   )Motion(s): (   )Granted (   )Denied (   )Withdrawn

(   )Granted/Denied (   )Off Calendar (   )Submitted

Order to be Prepared by:(   )Pltf (   )Deft (   )Court

Discovery Cutoff:_____Pretrial Statements Due_____

Case Continued to_____for Pretrial Conference

Case Continued to_____for Court/Jury Trial

Case Continued to_____for Further Status Conference

Case Continued to_____for_____

CASE REFERRED TO U.S. MAGISTRATE_____

for_____

Opening Briefs_____Answer_____Reply_____

Deemed Submitted on_____

ORDERED AFTER HEARING: After ruling on the motions, the Court asked

if there were any comments from the parties.  There were no comments.

Copies of the Order were handed to the parties._____

_____

_____

_____

C-07-5944  <u>CRAGO, INC. -v- CHUNGHWA PICTURE TUBES, LTD., et al.   (JT)</u>
United States Motion to Intervene and Stay                    (Antitrust)
Pltf Jeffrey Figone's Motion for Appointment of Interim Lead Counsel
for the Indirect Purchaser Class
Plt Craigo Inc. Motion for Appointment of Lead Counsel

<u>Plaintiffs</u>                         <u>Defendants</u>

GUIDO SAVERI                      JOSEPH WETZEL
BRUCE SIMON                       DAVID LISI
CHRISTOPHER LOVELL                RYAN SANDROCK
ERIC FASTIFF                      JAMES MCGINNIS
CADIO ZIRPOLI                     JONATHAN De GOOYER
R. ALEXANDER SAVERI
SHERMAN KOSSOF
FRANCIS SCARPULLA
MICHELLE JACKSON                  <u>U.S. INTERVENOR</u>
MARIO ALIOTO
CLINT WALKER                      JEANE HAMILTON
 RICK SAVERI
JOSPEH ALIOTO
CRAIG COBITT
THERESA MOORE