United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: Cathode Ray Tube (CRT)      )   MDL No.  1917
Antitrust Litigation               )
                                   )   Case No. 07-5944 SC
_____)
                                   )
CRAGO, Inc.,                       )   ORDER CONTINUING
                                   )   HEARING DATE
          Plaintiff,               )
                                   )
     v.                            )
                                   )
CHUNGHWA PICTURE TUBES, LTD., et   )
al.,                               )
                                   )
          Defendants.              )
                                   )
_____)

     Pursuant to a request by the Special Master, the Court hereby
continues the hearing date for the Government's Motion to Stay,
Docket No. 323, currently scheduled for Friday, September 5, 2008.
The hearing is continued until Friday, September 19, 2008, at
10:00 a.m. in Courtroom # 1 on the 17th floor.  This change does
not extend the briefing schedule.

///

///

///

1    The continuation on the hearing for the Government's Motion

2    does not affect the hearing on the Indirect Plaintiff's Motion to

3    Authorize Service on Certain Foreign Defendants.  Docket No. 344.

4    This hearing will still be held on September 5, 2008, at 10:00

5    a.m., as previously scheduled.

6

7

8    IT IS SO ORDERED.

9

10    Dated: August 15, 2008

11    _____

12    UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2